LOUISE G. BROWNING *v.* BERNARD M. STEERS ET AL.

The motion by the plaintiff's executrix for review is granted and the Superior Court in New London County is directed to decide the merits of the motion of the executrix dated June 1, 1972.

*Abram A. Washton,* in support of the motion.

Submitted November 21—decided November 22, 1972

STATE OF CONNECTICUT *v.* ROBERTO DELGADO

The defendant's "Motion to Dismiss for Lack of Jurisdiction" in the appeal from the Superior Court in Hartford County is denied.

The defendant's "Plea in Abatement and/or Motion to Dismiss and/or Quash Indictment" from the Superior Court in Hartford County is denied.

*Emanuel Margolis,* in support of the motions.

Submitted November 14—decided November 29, 1972

MARTIN HERRMANN III *v.* WILLIAM R. MANIATIS

It appearing that the plaintiff in the above-entitled case has failed to prosecute his appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed.

*George L. Eastman,* for the appellant (plaintiff).

No appearance for the appellee (defendant).